JUPITER HOUSE, LLC,

Appellant,

v.

U.S. BANK, NA, DANNY P. ATES, ET. AL.,

Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1673

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Brennan Grogan, of Levine Law Group, Palm Beach Gardens, for Appellant.

Charles P. Gufford and Andrew A. Wood, of McCalla Raymer, LLC, for Appellees.

PER CURIAM.

AFFIRMED.

SWANSON, OSTERHAUS, and KELSEY, JJ., CONCUR.